UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES BOSTIC, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *  Civil Action No. 18-cv-12276-IT |
| | * |
| STEPHEN SPAULDING, | * |
| | * |
| Respondent. | * |

ORDER

September 1, 2020

TALWANI, D.J.

After considering the Magistrate Judge's August 13, 2020, Report and Recommendation [#19], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the unopposed Report and Recommendation [#19] for the reasons set forth therein. Respondent Spaulding's Motion to Dismiss Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and § 2255(e) [#16] is ALLOWED and the Petition [#1] is DISMISSED in its entirety.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge